**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA, : No. 15 MAL 2020

              Respondent :

                   : Petition for Allowance of Appeal
                   : from the Order of the Superior Court

              v. :

                   :

ANGELA D. BIESECKER, :

              Petitioner :

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 27th day of May, 2020, the Petition for Allowance of Appeal is **DENIED**.